*(Rev. 5/1/13)*

**RECEIVED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 2 0 2021

_Alexandria_ DIVISION

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**Antonio Arias**
_____
Plaintiff

Civil Action No. **21-cv-1050**   SEC. P

Prisoner # **60215-066**

VS.   Judge _____

**CSW A. White**
_____

Magistrate Judge _____

Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

## I.   Previous Lawsuits

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ]   No [X]

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.   Docket number(s): _____

4.   Date(s) on which each lawsuit was filed: _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

*(Rev. 5/1/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐  No ☐

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  a.  **Name of institution and address of current place of confinement:**

Pollock Federal Correctional Institute / 1000 Airbase Road, Pollock Louisiana 71467

b.  Is there a prison grievance procedure in this institution?

Yes ☒  No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒  No ☐

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

APPEALed all the way to Central Office in Washington DC
Filed an Administrative Tort Claim under the FTCA TRT-SCA-2020-03763

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff,  ~~000~~ ~~~~ Antonio Arias / 60215-066

Address  Federal Correctional Institute / P.O. BOX 4050 / Pollock Louisiana 71467

Page 2 of  4

(Rev. 5/1/13)

b.   Defendant, ___A. White___ , is employed as
___Unit Manager___ at ___Oakdale FCI___ .

Defendant, _____ , is employed as
_____ at _____ .

Defendant, _____ , is employed as
_____ at _____ .

Additional defendants, _____

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On Monday 10-27-19, upon requesting a cell move due my fear of incrimination, officer A. White (Unit Manager) stated she would look into it and dismissed me with no regards to my personal concerns of safety. I requested to then see my Counselor. Unit Manager A. White then became belligerent and ordered me to cuff up. I became afraid of her actions and walked toward my cell. I was then charged with refusal of a direct order. I then went to the SHU. On 11-5-19 I was released from the SHU and Unit Manager assigned me to the same cell where my safety was in danger. I then returned to the Lieutenants Office when it was apparent that Unit Manager A. White was discriminating against me due to my race as a Latino. Lieutenants Caldero and Lucas attempted to plead my concerns to Unit Manager A. White however their highly appreciated attempts were unsucessful. Unit Manager A. White would change cells for blacks and whites for numerous reasons. When I noticed Latino's having trouble with her concerning their needs and cell changes it became obvious she practices bias and discrimination. I was subsequently placed in the SHU for a year due to her racism which made me fear for my safety.

*(Rev. 5/1/13)*

V.  **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Grant the Plaintiff a Jury Trial for a requested Award of Eight Million U.S. Dollars (Eight-Million United States dollars and No Cents).

VI.  **Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___9th___ day of ___April___ , 20 _21_ .

__60215-066__

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

__Antonio Bo__

**Signature of Plaintiff**

Page 4 of 4