U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    SHREVEPORT

JUN 2 2 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

(Rev. 12/8/2020)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lake Charles _____ DIVISION

Antonia Arias _____                    Civil Action No. 21-CV-1050 ___ SEC. P

Plaintiff

Prisoner #  60215-066 _____

VS.                                      Judge _____

United States _____                    Magistrate Judge _____

Defendant

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.    **Previous Lawsuits**

   a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

         Yes _____    No   X

   b.    If your answer to the preceding question is "Yes," provide the following information.

         1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

               _____

               _____

         2.    Name the parties to the previous lawsuit(s):

               Plaintiffs: _____

               Defendants: _____

         3.    Docket number(s): _____

         4.    Date(s) on which each lawsuit was filed: _____

         5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

               _____

Page 1 of 4

*(Rev. 12/8/2020)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____ No _____

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.   **Name of institution and address of current place of confinement:**

Pollock Federal Correctional Institute (1000 Airbase Road, Pollock Louisiana 91467

b.   Is there a prison grievance procedure in this institution?

Yes __X__ No _____

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes __X__ No _____

2.   If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Appealed all the way to Central Office in Washington D.C. Filed an Administrative Tort Claim under FTCA TRT-SCA-2020-03763

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a.   Plaintiff, Antonio Arias / 60215-066

Address Federal Correctional Institute / P.O. Box 4050 / Pollock, Louisiana 91467

Page 2 of 4

(Rev. 12/8/2020)

b.   Defendant, _A. White_____, is employed as

_Unit Manager_____ at _Oakdale FCI_____.

Defendant, _____, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Additional defendants, _____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On Monday 10-27-19 upon requesting a cell move due to my fear of incrimination, officer A. White stated she would look into it and dismissed me with no regards to my personal concerns for safety. I requested to then see my counselor. Officer A. White then became belligerent and ordered me to cuff up. I became afraid of her actions and walked towards my cell. I was then charged with refusal of a direct order. I then went to the SHU. On 11-5-19 I was released from the SHU and Officer A. White assigned me to the same cell where my safety was in danger. I then returned to the Lieutenants Office when it was apparent that Officer A. White was discriminating me due to my race as a Latino. Lieutenants Caldero and Lucas attempted to plead my concerns to Unit Mgr A. White however their highly appreciated attempts were unsuccessful. Unit Mgr A. White would change cells for blacks and whites for numerous reasons. When I noticed latinos having trouble with her concerning their needs and cell changes it became obvious she practices bias and discrimination. I was subsequently placed in the SHU for a year due to her racism which made me fear for my safety.

## V.   Relief

(Rev. 12/8/2020)

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Grant the Plaintiff a Jury trial for a requested award of Eight-Million U.S. Dollars (Eight-Million United States dollars and No Cents)

## VI.   Plaintiff's Declaration

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___6___ day of ___2/___ , 20 _2/_ .

___60215 - 066___                    _____
**Prisoner no. (Louisiana Department of**        **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**