**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ANTONIO ARIAS** | : | **DOCKET NO. 2:21-cv-1050** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **A. WHITE, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against A. White be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 15th day of December, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**