# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANTONIO ARIAS** | : | **DOCKET NO. 21-CV-01050** |
| REG. # 60215-066 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **A. WHITE, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment (doc. 20) be **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Defendant's Motion for Summary Judgment (doc. 18) be **GRANTED** and that this suit be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 11th day of July, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**